**JAMES F. HOLTZ, ESQ.**
Nevada Bar No. 8119
**MICHAEL G. TRIPPIEDI, ESQ.**
Nevada Bar No. 13973
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for WALGREEN CO.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Darvis Lewis, individually, <br><br> Plaintiff. <br><br> vs. <br><br> WALGREEN CO., d/b/a Walgreen's; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200, <br><br> Defendant. | Case No.: 2:18-cv-00827-JAD-PAL <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES AND TRIAL** <br> **(First Request)** |

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES AND TRIAL**
**(First Request)**

Pursuant to Local Rules 6-1 and 26-4, the parties, by and through their respective counsel of record, hereby stipulate to and request that the Court extend the deadlines by ninety days.

**DISCOVERY COMPLETED**

The following discovery has been completed by the parties:

1. Proposed Joint Discovery Plan and Scheduling Order dated July 13, 2018.

2.   Defendant's Initial FRCP 26(f) Disclosure dated June 26, 2018;

3.   Plaintiff's First Set of Interrogatories to Defendant dated July 23, 2018.

4.   Plaintiff's First Request for Production of Documents to Plaintiff dated July 24, 2018;

5.   Defendant's First Request for Production of Documents to Plaintiff dated August 15, 2018;

6.   Defendant's First Set of Interrogatories to Plaintiff dated August 15, 2018.

**DISCOVERY TO BE COMPLETED**

1.   Obtain Plaintiff's medical records;

2.   The parties may retain expert witnesses;

3.   Depositions of parties;

4.   Depositions of expert witness(es) and Plaintiff's treating physician(s).

**REASONS THAT DISCOVERY HAS NOT YET BEEN COMPLETED**

The parties have been working diligently to complete discovery. Defendant is still in the process of obtaining Plaintiff's medical records, including numerous records predating the subject accident from an accident which Defendant just recently became aware of and that are highly relevant to this case. As such, Defendant has found it difficult to

properly hire an expert to opine as to the causation of Plaintiff's injuries. Parties have been cooperative in exchanging disclosures and authorizations, but obtaining records has been slow going.

At this time, the parties seek a ninety (90) day extension of pending discovery deadlines as additional time is needed to complete the remaining discovery noted.

**PROPOSED SCHEDULE OF DISCOVERY**

The parties hereby stipulate to continue the Discovery as follows:

|  | **Current Deadline** | **Proposed** |
|---|---|---|
| Last Day to Amend Pleadings: | 08/15/18 | 11/13/18 |
| Initial Expert Disclosures: | 09/14/18 | 12/13/18 |
| Interim Status Report: | 09/14/18 | 12/13/18 |
| Rebuttal Expert Disclosures: | 10/14/18 | 01/13/19 |
| Discovery Deadline: | 11/13/18 | 02/11/19 |
| Dispositive Motion Deadline: | 12/12/18 | 03/12/19 |
| Joint Pre-Trial Order: | 01/11/19 | 04/11/19 |

/ / /

/ / /

/ / /

/ / /

/ / /

**SAID DISCOVERY REQUEST IS NOT BEING MADE FOR PURPOSES OF UNDULY DELAYING DISCOVERY OR TRIAL OF THIS MATTER**

| Bernstein & Poisson | RANALLI ZANIEL FOWLER & MORAN, LLC |
|---|---|
| Dated: August 17, 2018 | Dated: August 17, 2018 |
| */s/ Jamie H. Corcoran, Esq.* | */s/ Michael G. Trippiedi, Esq.* |
| **Scott L. Poisson, Esq.** | **JAMES F. HOLTZ, ESQ.** |
| Nevada Bar No.: 10188 | Nevada Bar No. 8119 |
| **Jamie H Corcoran, Esq.** | **MICHAEL G. TRIPPIEDI, ESQ.** |
| Nevada Bar No.: 11790 | Nevada Bar No. 13973 |
| 320 South Jones Blvd | 2400 W. Horizon Ridge Parkway |
| Las Vegas, Nevada 89107 | Henderson, Nevada 89052 |
| *Attorneys for Plaintiff* DARVIS LEWIS | *Attorneys for Defendant* WALGREEN CO. |

**ORDER**

IT IS SO ORDERED:

Dated: August 21, 2018

_____
UNITED STATES MAGISTRATE JUDGE