JAMES F. HOLTZ, ESQ.
Nevada Bar No. 8119
MICHAEL G. TRIPPIEDI, ESQ.
Nevada Bar No. 13973
RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. Horizon Ridge Parkway
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for WALGREEN CO.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DARVIS LEWIS, individually, <br><br> Plaintiff. <br><br> vs. <br><br> WALGREEN CO., d/b/a Walgreen's; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200, <br><br> Defendant. | Case No.: 2:18-cv-00827-JAD-PAL <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> ECF No. 13 |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, DARVOS LEWIS, and Defendant, WALGREEN CO., by and through their respective attorneys of record that all Plaintiff, DARVIS LEWIS' claims in this matter against Defendant, WALGREEN CO., be dismissed with prejudice, with each of the parties to pay their own attorney's fees, costs and interest herein incurred.

/ / /

/ / /

/ / /

1

Dated September ~~September~~ October 29, 2018

~~LIN LAW GROUP~~

_____
Scott L. Poisson, Esq.
Nevada Bar No. 10188
Jamie H. Corcoran, Esq.
Nevada Bar No. 11790
**Bernstein & Poisson**
**320 South Jones**
Las Vegas, Nevada 89107
Attorneys for Plaintiff
DARVIS LEWIS

Dated ~~September~~ November 7, 2018

RANALLI, ZANIEL, FOWLER & MORAN, LLC

_____
GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
MICHAEL J. TRIPPIEDI, ESQ.
Nevada Bar No. 13973
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Attorneys for Defendant
WALGREEN CO.

**ORDER**

Based on the parties' stipulation **[ECF No. 13]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 14, 2018